■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANDITO CANDELARIO, Appellant. [612 NYS2d 1006] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Auser, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.